## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| RAYMOND J. GAMBONE | BK. No. 15-11600 JKF |
| A/K/A RAYMOND J. GAMBONE, JR. | |
| DINA A. GAMBONE | Chapter No. 13 |
| Debtors | |
| | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST SERIES 2015-1 | 11 U.S.C. §362 |
| Movant | |
| v. | |
| RAYMOND J. GAMBONE | |
| A/K/A RAYMOND J. GAMBONE, JR. | |
| DINA A. GAMBONE | |
| Respondents | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 16th day of November, 2016, at **PHILADELPHIA**, upon Motion of **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST SERIES 2015-1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 451 PROSPECT STREET, BRIDGEPORT, PA 19405-1532 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage;

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

JOHN L. MCCLAIN, ESQUIRE
P.O. BOX 123
NARBERTH, PA 19072-0123

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RAYMOND GAMBONE
922 FORD STREET
BRIDGEPORT, PA 19405

DINA GAMBONE
922 FORD STREET
BRIDGEPORT, PA 19405