United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Raymond J. Gambone
Dina A. Gambone
    Debtors

Case No. 15-11600-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 17, 2016
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.
db/jdb         +Raymond J. Gambone,   Dina A. Gambone,   922 Ford Street,   Bridgeport, PA 19405-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:
         ANDREW F GORNALL     on behalf of Creditor    Fay Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         JENNIFER ROSE GORCHOW     on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
         JEROME B. BLANK     on behalf of Creditor    Wilmington Trust, National Association, Et Al... paeb@fedphe.com
         JOHN L. MCCLAIN     on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN     on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN     on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN     on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
         JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wilmington Trust, National Association, et. al. paeb@fedphe.com
         MARIO J. HANYON     on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                   TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| RAYMOND J. GAMBONE | : |
| A/K/A RAYMOND J. GAMBONE, JR. | : BK. No. 15-11600 JKF |
| DINA A. GAMBONE | : |
| Debtors | : Chapter No. 13 |
| | : |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST SERIES 2015-1 | : 11 U.S.C. §362 |
| Movant | : |
| v. | : |
| RAYMOND J. GAMBONE | : |
| A/K/A RAYMOND J. GAMBONE, JR. | : |
| DINA A. GAMBONE | : |
| Respondents | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 16th day of November, 2016, at **PHILADELPHIA**, upon Motion of **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST SERIES 2015-1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 451 PROSPECT STREET, BRIDGEPORT, PA 19405-1532 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage;

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

JOHN L. MCCLAIN, ESQUIRE
P.O. BOX 123
NARBERTH, PA 19072-0123

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RAYMOND GAMBONE
922 FORD STREET
BRIDGEPORT, PA 19405

DINA GAMBONE
922 FORD STREET
BRIDGEPORT, PA 19405