IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAYMOND J. GAMBONE                                          CHAPTER 13
A/K/A RAYMOND J. GAMBONE, JR
A/K/A RAYMOND GAMBONE                                    :
DINA A. GAMBONE                                              :   BK. No. 15-11600 JKF
A/K/A DINA GAMBONE                                          :
              Debtors

## ORDER

AND NOW, this **9th** day of **March**, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved. xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

*/s/ Jean K. FitzSimon*

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)           RAYMOND GAMBONE
1234 Market Street, Suite 1813                                 922 FORD STREET
PHILADELPHIA, PA 19107                                       BRIDGEPORT, PA 19405-1222

JOHN L. MCCLAIN, ESQUIRE                                 DINA GAMBONE
JOHN L. MCCLAIN AND ASS, P.O. BOX 337            922 FORD STREET
GLADWYNE, PA 19035                                            BRIDGEPORT, PA 19405-1222

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107