United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Raymond J. Gambone
Dina A. Gambone
  Debtors

Case No. 15-11600-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Christina  Page 1 of 1  Date Rcvd: Mar 09, 2017
       Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
jdb    +Dina A. Gambone,   922 Ford Street,   Bridgeport, PA 19405-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2017 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    Fay Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    JENNIFER ROSE GORCHOW    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
    JEROME B. BLANK    on behalf of Creditor    Wilmington Trust, National Association, Et Al... paeb@fedphe.com
    JEROME B. BLANK    on behalf of Creditor    US Bank National Association, As Trustee For etal paeb@fedphe.com
    JOHN L. MCCLAIN    on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Trust, National Association, et. al. paeb@fedphe.com
    MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
    THOMAS I. PULEO    on behalf of Creditor    Fay Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal pa.bkecf@fedphe.com
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    US Bank National Association, As Trustee For etal pa.bkecf@fedphe.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                 TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAYMOND J. GAMBONE
A/K/A RAYMOND J. GAMBONE, JR
A/K/A RAYMOND GAMBONE
DINA A. GAMBONE
A/K/A DINA GAMBONE
      Debtors

CHAPTER 13

BK. No. 15-11600 JKF

ORDER

AND NOW, this **9th** day of **March**, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved. xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

_____
**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

JOHN L. MCCLAIN, ESQUIRE
JOHN L. MCCLAIN AND ASS, P.O. BOX 337
GLADWYNE, PA 19035

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RAYMOND GAMBONE
922 FORD STREET
BRIDGEPORT, PA 19405-1222

DINA GAMBONE
922 FORD STREET
BRIDGEPORT, PA 19405-1222