United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-11600-elf
Raymond J. Gambone                                             Chapter 13
Dina A. Gambone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 3          Date Rcvd: Feb 16, 2018
                             Form ID: 138NEW          Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db/jdb        +Raymond J. Gambone,   Dina A. Gambone,   922 Ford Street,   Bridgeport, PA 19405-1222
cr            +Christiana Trust, a division of Wilmington Savings,    PITE DUNCAN, LLP,
               4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
cr            +U.S. BANK NATIONAL ASSOCIATION,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L,   6409 CONGRESS AVE.,,
               SUITE 100,   BOCA RATON, FL 33487-2853
13485982      +American Express,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
13545254       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13485983      +American Property Locators, Inc,   c/o Robert H. Holber, Esquire,   41 East Front Street,
               Media, PA 19063-2911
13485984      +Arthur Lashin, Esq.,   Hayt, Hayt Landau LLC,   400 Market St,   6th Floor,
               Philadelphia, PA 19106-2513
13485986      +Bca Fncl Srv,   18001 Old Cutler Rd Ste,   Miami, FL 33157-6437
13485989     ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Credit,   PO Box 8065,   Royal Oak, MI 48068)
13485991     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   PO Box 20507,
               Kansas City, MO 64195)
13485992      +CITIZEN'S BANK,   2001 MARKET STREET,   PHILADELPHIA, PA 19103-7048
13485988      +Chase,   201 N. Walnut St//de1-1027,   Wilmington, DE 19801-2920
13564446      +Christiana Trust,   Fay Servicing, LLC,   939 W. North Avenue, Suite 680,
               Chicago, IL 60642-1231
13485990      +Chrysler Financial/TD Auto Finance,   Attn: Bankruptcy,   PO Box 551080,
               Jacksonville, FL 32255-1080
13572294      +Citizens Bank,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
13564297      +Citizens Bank, N.A.,   Managed Assets Dept.,   RJW - 500,   One Citizens Drive,
               East Providence, RI 02915-3019,   Attn: C. Koutsogiane
13485994      +Daniel Santucci, Esq,   Blatt, Hasenmiller, Leibsker & Moore LLC,
               5 Great Valley Parkway, Ste 100,   Malvern, PA 19355-1426
13485996      +ER Solutions/Convergent Outsourcing, INC,   PO Box 9004,   Renton, WA 98057-9004
13485997       Fay Servicing, LLC,   PO Box 809441,   Chicago, IL 60680-9441
13485998      +Goldbeck, McCafferty & McKeever,   Mellon Independence Center,   701 Market Street, STE 5000,
               Philadelphia, PA 19106-1541
13485999      +Hilco Rec,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,   Buffalo Grove, IL 60089-1970
13486000      +Hsbc Bank,   ATTN: BANKRUPTCY,   PO BOX 5253,   Carol Stream, IL 60197-5253
13486001     ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
              (address filed with court: J.C> Christensen & Associates, INC,   PO Box 519,
               Sauk Rapids, MN 56379)
13486002      +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13486004      +Lafauette Ambulance & Rescue,   c/o Del-Ser, Inc,   PO Box 329,   Willow Street, PA 17584-0329
13486005       Law offices of Mitchell N. Kay PC,   PO Box 9006,   Smithtown, NY 11787-
13486006      +Main Line Emergency Med Assoc,   P.O. Box 3012,   Wilmington, DE 19886-0001
13610232      +Montgomery County Tax Claim Bureau,   c/o Northeast Revenue Service, LLC,
               One Montgomery Plaza, Suite 610,   Norristown, PA 19401-4855
13486008      +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
13494073      +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
13486009      +PNC fka National City,   Attention: Bankruptcy Department,   6750 Miller Rd,
               Brecksville, OH 44141-3262
13486010      +RBS Citizens Cc,   Attn: Bankruptcy Department,   443 Jefferson Blvd MS: RJW-135,
               Warwick, RI 02886-1321
13486011      +Rbs Citizens Na,   1000 Lafayette Bl,   Bridgeport, CT 06604-4725
13486012      +Robert H. Holber, Esquire,   41 East Front Street,   Media, PA 19063-2911
13486013     ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-MOBILE,   P.O. Box 742596,   CINCINNATI, OH 45274)
13486014       The Chartwell Law offices,   Valley Forge Corp. Ctr 970 Rittenhouse,   Ste 300,
               Eagleville, PA 19403
13486015      +Thomas T. Billings,   36 S. South State, Ste 1900,   PO Box 45340,
               Salt Lake City, Utah 84145-0340
13570512       U.S. Bank National Association,   c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
               P.O. Box 24605,   West Palm Beach, FL 33416-4605
13486016       US Department of the Treasury-FMS,   Progressive Financial Services,   PO Box 70957,
               Charlotte, NC 28272-0957
13586604      +WILMINGTON SAVINGS FUND SOCIETY, FSB,   939 W. North Avenue, Suite 680,
               Chicago IL 60642-1231
13486017      +Wffinancial,   800 Walnut St,   Des Moines, IA 50309-3504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:49   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:43:57
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
```

```
District/off: 0313-2          User: Virginia          Page 2 of 3              Date Rcvd: Feb 16, 2018
                             Form ID: 138NEW          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:44    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13485981       E-mail/Text: bkr@cardworks.com Feb 17 2018 02:43:33     Advanta Bank Corp,   Po Box 844,
               Spring House, PA 19477
13485985      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 17 2018 02:44:21     Asset Acceptance,
               PO Box 2036,   Warren, MI 48090-2036
13485987      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2018 02:55:57    Capital One, N.a.,
               C/O American Infosource,   PO Box 54529,   Oklahoma City, OK 73154-1529
13485993      +E-mail/Text: bankruptcy_notification@ccsusa.com Feb 17 2018 02:45:23    Collection,   CCS,
               PO Box 709,   Needham, MA 02494-0005
13499031       E-mail/Text: mrdiscen@discover.com Feb 17 2018 02:43:38     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13485995      +E-mail/Text: mrdiscen@discover.com Feb 17 2018 02:43:38     Discover Fin,
               Attention: Bankruptcy Department,   PO Box 3025,   New Albany, OH 43054-3025
13486003      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 17 2018 02:44:34    Keybank Usa,
               127 Public Sq,   Cleveland, OH 44114-1217
13562451       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:49:37
               LVNV Funding, LLC its successors and assigns as,   assignee of Key Bank, NA,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13486007      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 17 2018 02:44:23    Midland Credit Management,
               PO Box 939019,   San Diego, CA 92193-9019
                                                                                     TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

```
        ANDREW F GORNALL   on behalf of Creditor   Fay Servicing, LLC agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        JENNIFER ROSE GORCHOW   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US
         Bank NA etal paeb@fedphe.com
        JEROME B. BLANK   on behalf of Creditor   Wilmington Trust, National Association, Et Al...
         paeb@fedphe.com
        JEROME B. BLANK   on behalf of Creditor   US Bank National Association, As Trustee For etal
         paeb@fedphe.com
        JOHN L. MCCLAIN   on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN   on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN   on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN   on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wilmington Trust, National Association, et. al.
         paeb@fedphe.com
        MARIO J. HANYON   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US Bank NA
         etal paeb@fedphe.com
        MARIO J. HANYON   on behalf of Creditor   US Bank National Association, As Trustee For etal
         paeb@fedphe.com
        THOMAS I. PULEO   on behalf of Creditor   Fay Servicing, LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
```

```
District/off: 0313-2        User: Virginia          Page 3 of 3          Date Rcvd: Feb 16, 2018
                           Form ID: 138NEW          Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US
               Bank NA etal paeb@fedphe.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   US Bank National Association, As Trustee For etal
               paeb@fedphe.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 16
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Raymond J. Gambone and Dina A.
Gambone

        Debtor(s)                         Bankruptcy No: 15−11600−elf

                                                Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 2/16/18