Certificate Number: 01401-PAE-DE-030598112

Bankruptcy Case Number: 15-11600



01401-PAE-DE-030598112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2018, at 6:21 o'clock PM EST, Raymond J Gambone completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 20, 2018            By:    /s/Jeremy  Lark

Name:  Jeremy  Lark

Title:   FCC Manager