**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    Gambone, Raymond J.
    Gambone, Dina A.
        Debtor(s)                              : 15-11600

            :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this      day of           2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing **Commonwealth of PA** to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

            BY THE COURT

            _____       2/21/18
            JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Gambone, Raymond J.
Gambone, Dina A.
922 Ford Street
Bridgeport, PA 19405

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**Commonwealth of PA
Exec Off- Bur of Commo Pay Op
Harrisburg, PA 17105**