United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Raymond J. Gambone
Dina A. Gambone
    Debtors

Case No. 15-11600-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: PaulP　　　Page 1 of 1　　　Date Rcvd: Feb 21, 2018
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
db/jdb　　　　　+Raymond J. Gambone,　Dina A. Gambone,　922 Ford Street,　Bridgeport, PA 19405-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   Fay Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JENNIFER ROSE GORCHOW    on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor   Wilmington Trust, National Association, Et Al... paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor   US Bank National Association, As Trustee For etal paeb@fedphe.com
      JOHN L. MCCLAIN    on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com, edpabankcourt@aol.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wilmington Trust, National Association, et. al. paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor   US Bank National Association, As Trustee For etal paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
      THOMAS I. PULEO    on behalf of Creditor   Fay Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US Bank NA etal paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   US Bank National Association, As Trustee For etal paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                      TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         : Chapter 13
    Gambone, Raymond J.
    Gambone, Dina A.
        Debtor(s)                                    : 15-11600

    :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this      day of              2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing **Commonwealth of PA** to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____   2/21/18
JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Gambone, Raymond J.
Gambone, Dina A.
922 Ford Street
Bridgeport, PA 19405

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**Commonwealth of PA
Exec Off- Bur of Commo Pay Op
Harrisburg, PA 17105**