Certificate Number: 01401-PAE-DE-030652065

Bankruptcy Case Number: 15-11600



01401-PAE-DE-030652065

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2018, at 10:41 o'clock AM EST, Dina A Gambone completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 2, 2018            By:   /s/Jeremy  Lark

                                 Name: Jeremy  Lark

                                 Title: FCC Manager