United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-11600-elf
Raymond J. Gambone                                             Chapter 13
Dina A. Gambone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Mar 19, 2018
                             Form ID: 212             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb        +Raymond J. Gambone,   Dina A. Gambone,   922 Ford Street,   Bridgeport, PA 19405-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Fay Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JENNIFER ROSE GORCHOW   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US
           Bank NA etal paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   Wilmington Trust, National Association, Et Al...
           paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   US Bank National Association, As Trustee For etal
           paeb@fedphe.com
          JOHN L. MCCLAIN   on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wilmington Trust, National Association, et. al.
           paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   US Bank National Association, As Trustee For etal
           paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US Bank NA
           etal paeb@fedphe.com
          THOMAS I. PULEO   on behalf of Creditor   Fay Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US
           Bank NA etal paeb@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   US Bank National Association, As Trustee For etal
           paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 16

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re:                                                          Chapter: 13

     Raymond J. Gambone and Dina A. Gambone

Debtor(s)                                                       Case No: 15−11600−elf

---

***ORDER***

AND NOW, 3/19/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court