United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Raymond J. Gambone
Dina A. Gambone
    Debtors

Case No. 15-11600-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Apr 06, 2018
                              Form ID: 195        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db/jdb       +Raymond J. Gambone,   Dina A. Gambone,   922 Ford Street,   Bridgeport, PA 19405-1222
cr           +Christiana Trust, a division of Wilmington Savings,    PITE DUNCAN, LLP,
               4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
cr           +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,   6409 CONGRESS AVE.,,
               SUITE 100,   BOCA RATON, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor   Fay Servicing, LLC agornall@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        JENNIFER ROSE GORCHOW    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US
    Bank NA etal paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor   Wilmington Trust, National Association, Et Al...
    paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    US Bank National Association, As Trustee For etal
    paeb@fedphe.com
        JOHN L. MCCLAIN    on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com,
    edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com,
    edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com,
    edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com,
    edpabankcourt@aol.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wilmington Trust, National Association, et. al.
    paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US Bank NA
    etal paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor   US Bank National Association, As Trustee For etal
    paeb@fedphe.com
        THOMAS I. PULEO    on behalf of Creditor   Fay Servicing, LLC tpuleo@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For US
    Bank NA etal paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   US Bank National Association, As Trustee For etal
    paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                       TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Raymond J. Gambone and Dina A. Gambone : Case No. 15–11600–elf
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , April 6, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

116
Form 195