United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 15-11600-elf
Raymond J. Gambone                                            Chapter 13
Dina A. Gambone
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: admin              Page 1 of 2          Date Rcvd: Apr 06, 2018
                             Form ID: 3180W           Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db/jdb         +Raymond J. Gambone,    Dina A. Gambone,    922 Ford Street,    Bridgeport, PA 19405-1222
13572294       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13564297       +Citizens Bank, N.A.,    Managed Assets Dept., RJW - 500,    One Citizens Drive,
                 East Providence, RI 02915-3019,    Attn: C. Koutsogiane
13486002       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13610232       +Montgomery County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
                 One Montgomery Plaza, Suite 610,    Norristown, PA 19401-4855
13494073       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
13570512        U.S. Bank National Association,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13586604       +WILMINGTON SAVINGS FUND SOCIETY,    FSB,    939 W. North Avenue, Suite 680,
                 Chicago IL 60642-1231
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 07 2018 01:33:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2018 01:32:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2018 01:32:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13545254        EDI: BECKLEE.COM Apr 07 2018 05:28:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13499031        EDI: DISCOVER.COM Apr 07 2018 05:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13562451        EDI: RESURGENT.COM Apr 07 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Key Bank, NA,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Fay Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JENNIFER ROSE GORCHOW    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US
               Bank NA etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Trust, National Association, Et Al...
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    US Bank National Association, As Trustee For etal
               paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Dina A. Gambone aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Dina A. Gambone aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Raymond J. Gambone aaamcclain@aol.com,
               edpabankcourt@aol.com
```

```
District/off: 0313-2           User: admin               Page 2 of 2               Date Rcvd: Apr 06, 2018
                               Form ID: 3180W            Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JOHN L. MCCLAIN    on behalf of Debtor Raymond J. Gambone aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Trust, National Association, et. al.
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US Bank NA
               etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    US Bank National Association, As Trustee For etal
               paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Fay Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For US
               Bank NA etal paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    US Bank National Association, As Trustee For etal
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 16
```

Case 15-11600-elf    Doc 118    Filed 04/08/18    Entered 04/09/18 00:56:20    Desc
Imaged Certificate of Notice    Page 2 of 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Raymond J. Gambone** | Social Security number or ITIN | **xxx–xx–7945** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dina A. Gambone** | Social Security number or ITIN | **xxx–xx–7719** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **15–11600–elf** | | |

# Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond J. Gambone                                        Dina A. Gambone
aka Raymond J. Gambone Jr.

<u>4/5/18</u>                                             **By the court:**        <u>Eric L. Frank</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                               **Chapter 13 Discharge**                               page 2